[No. 4141.]

## THE PEOPLE OF THE CITY AND COUNTY OF SAN FRANCISCO *v.* JOHN S. McCAIN ET AL.

IMPROVEMENT OF STREET IN SAN FRANCISCO.—A resolution of intention to improve a street in San Francisco, under the act of April 4, 1870, must be published five days, exclusive of Sundays or non-judicial days; and if the last day of a publication of five days falls on Sunday, the Board does not acquire jurisdiction.

ACTION to recover an assessment for improving Scott street in the city of San Francisco.

The proceedings were had under the act of April 4, 1870 (Stats. 1869–70, p. 890). The resolution of intention passed by the Board of Supervisors was published as stated in the opinion. The defendants had judgment, and the plaintiff appealed.

The other facts are stated in the opinion.

*W. C. Burnett and E. F. Preston,* for the Appellant.

*D. H. Whittemore,* for the Respondent.

By the Court, CROCKETT, J.:

The court below was correct in holding the publication in the *Chronicle* to be insufficient. The statute required the publication to be made for five days, "Sundays and non-judicial days excepted," and the publication in the *Chronicle* was for four days only, exclusive of the last day, which was Sunday, and therefore not to be counted.

Judgment affirmed. Remittitur forthwith.

Mr. Chief Justice WALLACE did not express an opinion.